JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DEL ROSARIO GODINEZ DARDON,<br><br>      Petitioner,<br><br>     v.<br><br>TODD BLANCHE, *et al.*,<br><br>     Respondents. | No. CV 26-855-CV(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 27, 2026.

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE